UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
OCT 27 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:09-00237
18 U.S.C. § 665(a)
18 U.S.C. § 2

ALBERT HENDERSHOT

I N F O R M A T I O N

The United States Attorney Charges:

(Embezzlement Of Employment and Training Funds)

1. At all relevant times, defendant ALBERT HENDERSHOT was an agent and employee of, and connected with an organization receiving financial assistance and funds under title I of the Workforce Investment Act of 1998.

2. From March 2008 until at least April 2009, defendant ALBERT HENDERSHOT, aided and abetted by others known and unknown to the United States Attorney, knowingly embezzled, willfully misapplied, stole, and obtained by fraud moneys, funds, assets, and property which were the subject of a contract pursuant to title I of the Workforce Investment Act of 1998, in an amount in excess of $1,000, that is, defendant ALBERT HENDERSHOT diverted $5,000 of a $100,000 State Set-Aside grant to a person known to the United States Attorney (the "Known Person") notwithstanding that defendant ALBERT HENDERSHOT knew that the Known Person provided no service for the payment.

In violation of Title 18, United States Code, Sections 665(a) and 2.

                                         UNITED STATES OF AMERICA
                                         CHARLES T. MILLER
                                         United States Attorney

By: _____
        THOMAS C. RYAN
        Assistant United States Attorney