## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                     **CRIMINAL NO.  2:09-00237**

**ALBERT HENDERSHOT**


## MOTION OF THE UNITED STATES
## TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Thomas C. Ryan, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.


Respectfully submitted,

CHARLES T. MILLER
United States Attorney


/s/ *Thomas C. Ryan*
THOMAS C. RYAN
Assistant United States Attorney
WV Bar No. 9883
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax:  304-347-5104
Email: thomas.ryan@usdoj.gov

CERTIFICATE OF SERVICE

I certify that the "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on the following opposing counsel by virtue of such electronic filing today, October 30, 2009:

>  Robert P. Martin, Esquire
>  Bailey & Wyant PLLC
>  P.O. Box 3710
>  Charleston, WV 25337

>  /s/ *Thomas C. Ryan*
>  THOMAS C. RYAN
>  Assistant United States Attorney
>  WV Bar No. 9883
>  300 Virginia Street, East
>  Room 4000
>  Charleston, WV 25301
>  Telephone:  304-345-2200
>  Fax:  304-347-5104
>  Email: thomas.ryan@usdoj.gov