```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                        CRIMINAL ACTION NO. 2:09-00237

**ALBERT HENDERSHOT**


<u>O R D E R</u>

Upon the motion to schedule plea hearing, filed October 30, 2009, by Thomas C. Ryan, Assistant United States Attorney, on behalf of the above-named parties, it is ORDERED that the motion be, and it hereby is, granted and the defendant is scheduled to appear before the court at 9:30 a.m. on December 8, 2009, for entry of a plea in this action.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  November 13, 2009

_____
John T. Copenhaver, Jr.
United States District Judge