# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/8/2009                                                     Case Number 2:09-cr-237
Case Style: USA vs. Albert Hendershot
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                      Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Thomas C. Ryan


Attorney(s) for the Defendant(s) Robert P. Martin


Law Clerk                                                           Probation Officer Lee Cueva/Winnie Staats

## Trial Time


## Non-Trial Time

Plea Hearing


## Court Time

9:37 am   to 11:12 am
Total Court Time: 1 Hours 35 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

9:30 case set

9:37 - case called - purpose of hearing for defendants to enter plea to one-count information pursuant to plea agreement - defense counsel says that is correct

Defendants sworn - gave personal information

Court read informations - defendants understand

Court gave elements - defendants understand

Waiver of indictments received and filed

Original plea agreement to the court - court summarized majority of the agreement - US read certain paragraphs of the plea agreements into the record - defendants understand waivers

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

## District Judge Daybook Entry

Guilty plea received and filed

Defendant gave factual basis

Court finds factual basis, accepts plea and plea agreement and adjudges defendant guilty

Directs PSI - sentencing set for March 17, 2010, at 1:30 pm

Bond - defendant to be released on $10,000 unsecured bond

11:12 concluded