UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

FILED
DEC - 8 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 2:09-00237

ALBERT HENDERSHOT


## WAIVER OF INDICTMENT

I, Albert Hendershot, the above-named defendant, who is accused of one violation of Title 18, United States Code, Sections 665(a) and (2) as charged in the one-count amended information filed in this action, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on December 8, 2009, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Albert Hendershot

Witness:

_____
Counsel for Defendant