UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.                                CRIMINAL ACTION NO. 2:09-00237

ALBERT HENDERSHOT

GUILTY PLEA

    In the presence of Robert P. Martin, my counsel, who has fully explained the charge contained in the amended information against me and, having received a copy of the amended information from the United States Attorney before being called upon to plead, I hereby plead GUILTY to the one-count amended information.

12-08-09
Date

Albert Hendershot

Witness:

Counsel for Defendant