UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:09-00237
     18 U.S.C. § 665(a)
     18 U.S.C. § 2

ALBERT HENDERSHOT

A M E N D E D
I N F O R M A T I O N

The United States Attorney Charges:

(Embezzlement Of Employment and Training Funds)

1. At all relevant times, defendant ALBERT HENDERSHOT was an agent and employee of, and connected with an organization receiving financial assistance and funds under title I of the Workforce Investment Act of 1998.

2. From March 2008 until at least April 2009, at or near Cross Lanes, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ALBERT HENDERSHOT, aided and abetted by others known and unknown to the United States Attorney, knowingly embezzled, willfully misapplied, stole, and obtained by fraud moneys, funds, assets, and property which were the subject of a contract pursuant to title I of the Workforce Investment Act of 1998, in an amount in excess of $1,000, that is, defendant ALBERT HENDERSHOT diverted $5,000 of a $100,000 State Set-Aside grant to a person known to the United States Attorney (the "Known Person")

notwithstanding that defendant ALBERT HENDERSHOT knew that the Known Person provided no service for the payment.

In violation of Title 18, United States Code, Sections 665(a) and 2.

```
                              UNITED STATES OF AMERICA
                              CHARLES T. MILLER
                              United States Attorney


                        By:   _____
                              THOMAS C. RYAN
                              Assistant United States Attorney
```